**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA JIMENEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN Commissioner<br>of the Social Security<br>Administration,<br><br>        Defendant. | Case No. CV 13-8676 SS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: October 28, 2014

_____
/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE